# IN THE SUPREME COURT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | NO. 441 |
| | : | |
| TEMPORARILY MODIFYING RULES | : | MAGISTERIAL RULES DOCKET |
| 602(a), 603(a), AND 604(a) OF THE | : | |
| PENNSYLVANIA RULES OF JUDICIAL | : | |
| ADMINISTRATION | : | |

## ORDER

**PER CURIAM**

**AND NOW**, this 15th day of April, 2020, upon the recommendation of the Minor Judiciary Education Board ("the Board"),

**IT IS ORDERED** pursuant to Article V, Section 10 of the Constitution of Pennsylvania, and Rule 1952(A) of the Rules of Judicial Administration, that Rules 602(a), 603(a) and 604(a) of the Pennsylvania Rules of Judicial Administration are clarified as follows:

In-person continuing education for members of the Minor Judiciary is suspended for the remainder of the 2019-2020 scholastic year. The Board is authorized to provide, via remote video instruction approved by the Board, the required number of hours of continuing education set forth in Rules 602(a), 603(a) and 604(a) to any member of the Minor Judiciary who has not yet completed the required annual course of continuing education for 2019-2020. A member of the Minor Judiciary who completes remote video instruction shall return to the Board a signed and dated verification, in a form to be provided by the Board, verifying that the course of instruction has been completed.

This **ORDER** shall be processed in accordance with Pa.R.J.A. 103(b) and shall be effective immediately.